FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 1 5 2020

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

CASE NO. 4:20-cv-746-LPR-JTK

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Christopher Livingston
   ADC # _____
   Address: 3201 W. Roosevelt RD Little Rock Ark 72204

   Name of plaintiff: _____
   ADC # _____
   Address: _____

   This case assigned to District Judge Rudofsky
   and to Magistrate Judge Kearney

   Name of plaintiff: _____
   ADC # _____
   Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Turn Key Health
   Position: Infirmary
   Place of employment: Turn Key health
   Address: 3201 W. Roosevelt

   Name of defendant: _____
   Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.  Are you suing the defendants in:

☑  official capacity only
☐  personal capacity only
☐  both official and personal capacity

III.  Previous lawsuits

  A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

      Yes ___   No ✓

  B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      ☐  Parties to the previous lawsuit:

          Plaintiffs: _____

          _____

          Defendants: _____

          _____

  ☐ Court (if federal court, name the district; if state court, name the county):

_____

  ☐ Docket Number: _____

  ☐ Name of judge to whom case was assigned: _____

  ☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

  ☐ Approximate date of filing lawsuit: _____

  ☐ Approximate date of disposition: _____

IV. Place of present confinement: _Pulaski County Jail Little Rock Ar 72204_

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

  __✓__ in jail and still awaiting trial on pending criminal charges

  ____ serving a sentence as a result of a judgment of conviction

  ____ in jail for other reasons (e.g., alleged probation violation, etc.)
   explain: _____

  _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

  A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

   Yes __✓__ No ____

  B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

yes ___ No ✓
St

## Statement of Claim

Turn key health Denied me medical Attention on the 4/10/20 When i arrived at the jail my hand was swollen from human Teeth bites, I Talk to the Intake Nurse she stated nothing she could do my hand was bleeding, And swollen from my wounds you could see the bones in my hand 3 days I was turn down for medical Attention The Infection was spread and growing Rapidly UAMS wanted to Cut my hand off Nurse Ballard came made it possible for me to go to the UAMS, The camera saw it all, I was begging for help, I was Denied Medical Attention From Several Nurses Its All on Camera' for 3 days Denied, I don't know the Nurse but they on tape, I remember they faces

whereof ...reunto set my hand this _____ day

**State of Arkansas**
**County of Pulaski**

## AFFIDAVIT

I swear the following statements are true and correct to the best of my knowledge and belief. I make them of my own free will.

Name: Christopher Livingston  Date of birth 11/18/66
Book-In # 04677-20   Address 3201 West Roosevelt Rd Little Rock AR 722
Reason for statement: On the 4/10/20 I was booked in the County Jail with tooth bites to my left hand. That was infected and bleeding really bad. The in take officer refused to help me but took my finger prints anyway he didn't call a code or get a nurse. It's All on camera. The Intake officer that gave my the shaves sprayed me. And my wounds open wounds with lice Poison I told him about my hand he stated not his problem tell the Nurse. The swelling of my hand increased by the time I reach the Intake nurse. My hand was Bleeding and swollen she The Nurse didn't call a code or Anything to help me They only talk about how big my hand was and how it must of hurt. The camera saw it All. When I reach the Unit C# My hand had swollen some more. On the 4/11/20 I spoke with the Unit Officer about my hand and showed him the condition my hand was he state its nothing he can do and wait to pill call 7 hours later pill call came I spoke with the Nurse she stated it was nothing she could do about. The camera saw it All. That night I spoke to

the other Unit officer the same thing was said wait to pill call and it was nothing he could do. My hand was bleeding and swollen the camera and witnesses was there I was in Cell #113 on the 4/12/20 I was bleeding my hand swollen I went to the Unit officer about my hand he stated that he couldn't do Anything And wait to pill call There was Blood on the floor and my hand was swollen All the way to the elbow no code or Nurse was called The Camera That same night I spoke with the nurse I could Barely walk she stated she was busy and nothing she could do I went to my cell and passed out from the pain When I woke up the next day nurse Ballard was on Duty she called a code and then the Unit Doctor Mrs Roberts And together They got me to UAMS The Infection was so Bad the Doctors wanted to take my hand off They had to do 4 surgeries on my hand And today My hand still is deformed, And some days I get denied my Meds, Even my showers

In witness wherefore, I hereunto set my hand this 5th day of June 2020

(Signature of Affiant)

(State of Arkansas)
(County of Saline)

Subscribed and sworn to before me this 5th day of June 2020

My commission expires:
March 28, 2028

Rochelle D. Funk
Notary Public

ROCHELLE D. FUNK
SALINE COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires March 28, 2028
Commission No. 12703796

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*For Pain and Suffering to 20 million*

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _____ day of _____, 20_____.

_____
Signature(s) of plaintiff(s)

Christopher D. Livingston
3201 W. Roosevelt Rd
Little Rock Ark 72204

 

US POSTAGE
$00.65⁰
First-Class
Mailed From 72204
06/10/2020
032A 0061816150

Legal

Pro Se Clerk
600 Westcapital Avenue, Room A149
Little Rock, Arkansas, 72201

7220282848 C013