# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

CHRISTOPHER LIVINGSTON                                                   PLAINTIFF

v.                         4:20CV00746-LPR-JTK

TURN KEY HEALTH                                                        DEFENDANT

## ORDER

This case is duplicative of <u>Livingston v. Does, et al.</u>, 4:20cv00736-LPR-JJV. Therefore, the Clerk shall close this case and file the Complaint (Doc. No. 2) as an Amended Complaint in <u>Livingston v. Does, et al.</u>, 4:20cv00736.

IT IS SO ORDERED this 23rd day of June, 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE